No. 81–5805.  CHICCO *v.* CITY OF NEW BEDFORD ET AL., *ante*, p. 924; and

No. 81–5842.  MOSS *v.* POLLAND ET AL., *ante*, p. 925.  Petitions for rehearing denied.

No. 81–198.  INSURANCE COMPANY OF NORTH AMERICA *v.* FORTY-EIGHT INSULATIONS, INC., ET AL., 454 U. S. 1109; and

No. 81–200.  AETNA CASUALTY & SURETY CO. *v.* PORTER ET AL., 454 U. S. 1109.  Petitions for rehearing denied. JUSTICE BRENNAN and JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

## MARCH 10, 1982

No. 81–741.  U. S. MARKETING, INC., ET AL. *v.* IDAHO ET AL.  Sup. Ct. Idaho.  [Probable jurisdiction noted, 454 U. S. 1140.]  Appeal dismissed under this Court's Rule 53.

## MARCH 22, 1982

No. 81–1356.  JONES *v.* MORRIS ET AL.  Affirmed on appeal from D. C. S. D. Ohio.

No. 81–5827.  IN RE TURNER.  Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.

No. 81–6073.  FLUKER *v.* GEORGIA.  Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction.

No. 81–6097.  RICHARDS *v.* CITY OF LOS ANGELES.  Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.